

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,587-01

### EX PARTE CHRISTOPHER JACOB GONZALEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-1-011138-1320894-A IN THE CRIMINAL DISTRICT COURT ONE FROM TARRANT COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of continuous sexual abuse of children and sentenced to forty-three years' imprisonment. The Second Court of Appeals affirmed his conviction. *Gonzalez v. State*, No. 02-14-00229-CR (Tex. App.—Fort Worth Dec. 17, 2015)(not designated for publication).

Applicant alleges that trial and appellate counsel were ineffective, that he was denied due process due to a *Brady* violation, and that he is actually innocent. Following the filing of affidavits from counsel and two live hearings, findings of fact were signed by a post-conviction magistrate, Mr.

Charles P. Reynolds. However, the record does not contain an order from the district court authorizing Mr. Reynolds to preside over a hearing or make findings of fact. While the Code provides that the "convicting court may appoint an attorney or magistrate to hold a hearing and make findings of fact," it also assumes that the convicting court will either make findings of fact or approve "the findings of the person designated to make them." TEX. CODE CRIM. PROC. art. 11.07 §3(d). Therefore, prior to addressing the allegations raised in Applicant's application, the record should be supplemented with the order authorizing the post-conviction magistrate to preside over the proceedings. The trial court shall also supplement the record with an order approving the findings made by the post-conviction magistrate.

We order the trial court to resolve this issue within 15 days of this order. A supplemental transcript shall be forwarded to this Court within 30 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: September 26, 2018
Do not publish